IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EUGENE ANDERSON,**   CASE NO. 2:05-cv-1089
   JUDGE MARBLEY
   Petitioner,   MAGISTRATE JUDGE KEMP

v.

**THOMAS McBRIDE, Warden,**
**REGINALD WILKINSON, et al.,**

   Respondents.

## OPINION AND ORDER

On January 24, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be stayed pending petitioner's exhaustion of state court remedies. Doc. No. 29. Although the parties were specifically advised of the right to object to the *Report and Recommendation*, and of the consequences of failing to do so, there has nevertheless been no objection to the *Report and Recommendation*. Petitioner has filed a memorandum in response to the Magistrate Judge's *Report and Recommendation*, asserting that he can establish cause for failing to exhaust his claim that his sentence violates *Blakely v. Washington*, 542 U.S. 296 (2004); however, petitioner does not object to the Magistrate Judge's *Report and Recommendation*. *See* Doc. No. 31.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is **STAYED** pending petitioner's exhaustion of state remedies. Petitioner is **DIRECTED** to keep the

Court advised of the status of state court proceedings, and to return to this Court within thirty (30) days of completion of state court action. Failure to do so may result in dismissal of his habeas corpus petition.

    **IT IS SO ORDERED**.

                                            s/Algenon L. Marbley
                                            ALGENON L. MARBLEY
                                            United States District Judge