# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

AMENDED JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **EUGENE ANDERSON,** | CASE NO. 2:05-cv-1089 |
| | **JUDGE MARBLEY** |
| Petitioner, | **MAGISTRATE JUDGE KEMP** |

v.

**THOMAS McBRIDE, Warden,**
**REGINALD WILKINSON, et al.,**

    Respondents.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 6, 2009 Order, petitioner's objections are **SUSTAINED**. The petition for a writ of habeas corpus conditionally is granted on petitioner's claim that his sentence violates *Blakely*. Petitioner's sentence is **VACATED**. The State must release petitioner or re-sentence him within sixty (60) days. The *Report and Recommendation* otherwise is **ADOPTED** and **AFFIRMED**. The remainder of petitioner's claims are **DISMISSED**.

Date: **March 6, 2009**      **James Bonini, Clerk**

                                                s/Betty L. Clark
                                                Betty L. Clark/Deputy Clerk